# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LIANE CARLSON, *Plaintiff* <br> v. <br> CITY OF SPOKANE and HEATHER LOWE, *Defendant* | ) ) ) ) ) ) <br> Civil Action No.  13-CV-0320-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Liane Carlson recover from the defendant *(name)* City of Spokane and Heather Lowe, jointy and severally the amount of Two Hundred Thirty Thousand and Two Hundred dollars ($ 230,200.00 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.14 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge THOMAS O. RICE presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____

Date: November 25, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen